No. 17. Ex parte Guzmán, Petitioner.—Petition for the approval of notarial surety bond executed by the National Surety Company on September 8, 1914, as surety for Notary José de Guzmán Benítez. Decided September 10, 1914. Bond approved. The petitioner appeared by brief *pro se.*

No. 156. In re Antonsanti, Notary Public.—Petition by the National Surety Company for the termination of surety bond No. 357 executed by said company on April 6, 1910, as surety for Notary Frank Antonsanti. Decided September 16, 1914. Bond terminated to take effect November 10, 1914. The petitioner appeared by its general agent, Mr. Harry F. Besosa.

No. 170. Ex parte Ramos, Petitioner.—Petition for the approval of notarial surety bond No. 3098 executed by the National Surety Company on June 27, 1914, as surety for Notary José C. Ramos in the place of the personal bond executed by Ramón Córdova Díaz and Raimundo Rodríguez y Rodríguez by instrument No. 75 of February 28, 1908, before Notary Damián Monserrat Simó, of San Juan. Decided September 18, 1914. Bond approved. The petitioner appeared by brief *pro se.*